UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | INDICTMENT |
| JOSEPH ARMAND J. LAFRAMBOISE,<br>a.k.a. Billy Ray Saulsberry<br>Ben LaChapelle<br>Ben McDermott | 18 U.S.C. §2<br>18 U.S.C. §1001 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

### COUNT 1
False Statements to the Government
[18 U.S.C. §1001(a)(2) and §2]

On or about January 18, 2021, in the Southern District of Ohio and elsewhere, the defendant **JOSEPH ARMAND J. LAFRAMBOISE**, in a matter within the jurisdiction of the United States Social Security Administration, an agency within the executive branch of the government of the United States, did willfully and knowingly make a materially false, fictitious and fraudulent statement and representation, that is, to qualify for social security benefits, the defendant **JOSEPH ARMAND J. LAFRAMBOISE** falsely represented on social security application documents that he was B.R.S.  The statement was false because, as **JOSEPH ARMAND J. LAFRAMBOISE** then and there knew, he was not B.R.S.

In violation of 18 U.S.C. §1001(a)(2) and §2.

**COUNT 2**
False Statements to the Government
[18 U.S.C. §1001(a)(2) and §2]

On or about February 26, 2025, in the Southern District of Ohio and elsewhere, the defendant **JOSEPH ARMAND J. LAFRAMBOISE**, in a matter within the jurisdiction of the Department of Veteran's Affairs, an agency within the executive branch of the government of the United States, did willfully and knowingly make a materially false, fictitious and fraudulent statement and representation, that is, to qualify for veteran's benefits, the defendant **JOSEPH ARMAND J. LAFRAMBOISE** falsely represented on veteran's benefit documents that he was B.R.S. The statement was false because, as **JOSEPH ARMAND J. LAFRAMBOISE** then and there knew, he was not B.R.S.

In violation of 18 U.S.C. §1001(a)(2) and §2.

A TRUE BILL.

___s/Foreperson___
**FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

_____
**KENNETH F. AFFELDT (0052128)**
**Assistant United States Attorney**